UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINN MALCOLM WILRIDGE, | No. C 09-2236 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOHN MARSHALL, warden, | |
| Respondent. / | |

This action is dismissed because the petition for writ of habeas corpus was not filed before the expiration of the limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 5, 2009

_____
SUSAN ILLSTON
United States District Judge