UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUINN MALCOLM WILRIDGE,

    Petitioner,

  v.

JOHN MARSHALL, warden,

    Respondent.
                                  /

No. C 09-2236 SI (pr)

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

Petitioner filed a notice of appeal and requested a certificate of appealability. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). The application for a certificate of appealability is DENIED because petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

DATED: January 11, 2010

                                                SUSAN ILLSTON
                                          United States District Judge