| CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL | | | | | |
|---|---|---|---|---|---|
| 1a. CIR./DIST./ DIV. CODE<br>CAN | 2. PERSON REPRESENTED<br>WILRIDGE, QUINN | | | | VOUCHER NUMBER |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>CV-09-02236-SI | 5. APPEALS. DKT./DEF. NUMBER | | | 6. OTHER DKT NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>WILRIDGE V. MARSHALL | 8. PAYMENT CATEGORY<br>☐ Felony  ☐ Petty Offense<br>☐ Misdemeanor ☒ Other<br>☐ Appeal   Habeas Petition - Limited | 9. TYPE PERSON REPRESENTED<br>☐ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appelee<br>☒ Other        Petitioner | | | 10. REPRESENTATION TYPE<br>(See Instructions)<br>RHO |
| 11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense<br>28:2254 | | | | | |

12. ATTORNEY'S NAME (First Name, M. I.., Last Name, including any suffix), AND MAILING ADDRESS

MS. GALIA AMRAM PHILLIPS
1300 CLAY STREET STE 600
OAKLAND, CA 94612

Telephone Number   415-269-4553

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions,

LAW OFFICES OF GALIA PHILLIPS
1300 CLAY STREET STE 600
OAKLAND CA 94612

FILED
FEB - 8 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

13. COURT ORDER
☒ O Appointing Counsel     ☐ C Co-counsel
☐ F Subs For Federal Defender  ☐ R Sub for Retained Atty.
☐ P Subs for Panel Attorney   ☐ Y Standby Counsel
Prior Attorney's Name: _____
Appointment Date: _____
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interest of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☒ Other (See Instructions)  See Attached USCA September 11, 2012 Order
Judge Illston
Signature Of Presiding Judicial Officer or By Order Of The Court
1/30/13               09/11/2012
Date Of Order           Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.  ☐ YES  ☐ NO

| CLAIM FOR SERVICES AND EXPENSES | | | FOR COURT USE ONLY | | |
|---|---|---|---|---|---|
| CATEGORIES (attached itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15. In Court a. Arraignment And/or Plea | | | | | |
| b. Bail And Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify On Additional Sheets) | | | | | |
| (RATE PER HOUR = ) TOTALS: | | | | | |
| 16. Out Of Court a. Interview and conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = ) TOTALS: | | | | | |
| 17. Travel Expenses (Lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR TE PERIOD OF SERVICE
FROM: _____  TO: _____

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS  ☐ Final Payment  ☐ Interim Payment Number _____  ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the court, have you, or to your knowlege has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  ☐ YES  ☐ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements..

Signature Of Attorney _____  Date _____

APPROVED FOR PAYMENT - COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOT. AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28A. JUDGE/MAG CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34A. JUDGE CODE |

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 11 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| QUINN WILRIDGE,<br><br>    Petitioner - Appellant,<br><br>v.<br><br>TERRI GONZALEZ, Warden,<br><br>    Respondent. | No. 09-17695<br><br>D.C. No. 3:09-cv-02236-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion for a limited remand is granted. *See* Fed. R. App. P. 12.1; *Crateo v. Intermark, Inc.*, 536 F.2d 862 (9th Cir. 1976). This appeal is remanded to the district court for the limited purpose of enabling the district court to consider appellant's Federal Rule of Civil Procedure 60(b) motion.

Within 60 days after the filing date of this order or within 7 days after the district court's ruling on the Rule 60(b) motion, whichever occurs first, appellant shall file: (1) a report on the status of district court proceedings and motion for appropriate relief; or (2) the opening brief. The filing of the opening brief or the failure to file a report will terminate the limited remand.

AM/MOATT

If the opening brief is filed, the answering and optional reply briefs shall be filed in accordance with the time limits set forth in Federal Rule of Appellate Procedure 31(a).

AM/MOATT 2 09-17695