UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUINN MALCOLM WILRIDGE,

    Petitioner,

    v.

JOHN MARSHALL, warden,

    Respondent.
                               /

No. C 09-2236 SI

**ORDER RE: BRIEFING PROPOSAL**

    The parties have filed a joint statement in response to the Court's July 25, 2013 Order regarding respondent's motion for reconsideration. *See* Dkt. 39. The Court has reviewed the parties' statement and hereby ADOPTS the parties' proposed timeline and associated briefing schedule discussed therein.

**IT IS SO ORDERED.**

Dated: August 6, 2013

                                                      SUSAN ILLSTON
                                                      United States District Judge