Galia A. Phillips
Stanford Law School
Criminal Defense Clinic
State Bar No. 250551
559 Nathan Abbott Way
Stanford, CA  94305
Telephone: (650) 724-6345
Facsimile: (650) 723-4426
gphillips@law.stanford.edu
*Attorney For Petitioner*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **QUINN MALCOLM WILRIDGE,**<br><br>                                    Petitioner,<br><br>v.<br><br>**JOHN MARSHALL, Warden,**<br><br>                                    Respondent. | C 09-2236 SI (pr)<br><br>**STIPULATION AND [~~PROPOSED~~]  ORDER REGARDING DATE FOR EVIDENTIARY HEARING** |

STIPULATION AND PROPOSED ORDER REGARDING DATE FOR

EVIDENTIARY HEARING

   Petitioner's expert, Dr. Pablo Stewart, is on a pre-planned vacation on July 18, 2014, the date on which this Court set the evidentiary hearing on equitable tolling.  The parties therefore jointly request that the Court set the evidentiary hearing on August 29, 2014 at 9:00am.  The parties also jointly request that the briefing schedule be modified as follows:  Petitioner's brief

due on June 16, 2014; respondent's brief due on July 14, 2014; petitioner's reply brief due on August 11, 2014.[1]

Dated: May 8, 2014

By: /s/ Galia Amram Phillips
    GALIA A. PHILLIPS
    Attorney for Petitioner
    QUINN MALCOLM WILRIDGE

By: /s/ Jill Thayer
    JILL THAYER
    Deputy Attorney General
    Attorney for Respondent
    JOHN MARSHALL

### [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT the evidentiary hearing on equitable tolling is continued to ~~August 29, 2014~~ September 3, 2014 at 9:0am. Petitioner's brief is due on June 16, 2014; respondent's brief is due on July 14, 2014; petitioner's reply brief is due on August 11, 2014.

Dated: May 9, 2014

By: _____
    HONORABLE SUSAN ILLSTON
    UNITED STATES DISTRICT COURT

---

[1] The length between the response and the reply brief is due to the fact that respondent may not be able to turn over its expert report until after petitioner's opening brief is due. If so, petitioner will respond to the expert report in its reply brief.