IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINN WILRIDGE,<br><br>     Plaintiff,<br><br>     v.<br><br>JOHN MARSHALL,<br><br>     Defendants. | No. CV-09-2236-SI<br><br>[~~PROPOSED~~] ORDER APPOINTING COUNSEL |

IT IS ORDERED that pursuant to the Criminal Justice Act, Erick L. Guzman is appointed to represent Quinn Wilridge.

**IT IS SO ORDERED.**

Dated: 7/31/14

_/s/ Susan Illston_

HON. SUSAN ILLSTON
United States District Judge