ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Petitioner
Quinn Wilridge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

**QUINN WILRIDGE**,

     Plaintiff,

  v.

**JOHN MARSHALL**,

    Defendant.

CASE NO. CV-~~99-~~2236-SI
<sup>09</sup>

**STIPULATION AND [PROPOSED]
ORDER CONTINUING EVIDENTIARY
HEARING AND EXTENDING TIME TO
FILE REPLY BRIEF**

Current Hearing Date:   October 9, 2014
Proposed Hearing Date: November 3, 2014

Current Due Date for Reply Brief: August 25, 2014
Proposed Due Date for Reply Brief: September 8, 2014

1  This Court previously set an evidentiary hearing for September 3, 2014 (which was

2  moved to October 9, 2014), and ordered a briefing schedule in which Petitioner's reply brief

3  is due August 25, 2014.  However, counsel for Petitioner, who was not appointed on this

4  case until July 10, 2104, will not be able to meet those deadlines because, in part, of the vast

5  scope of the record.  Accordingly, Counsel for Petitioner is requesting the evidentiary

6  hearing be rescheduled to November 3, 2014.  Counsel for Petitioner further requests that

7  his reply brief now be due on September 8, 2014.

8

9  Counsel for Petitioner relayed this to Petitioner Quinn Wilridge who expressed no

10  objection.

11

12  Counsel for Petitioner also relayed this information to Respondent who likewise

13  expressed no objection.

14  DATED: August 28, 2014                Respectfully submitted,

15

16                                           By

17

18                                           _____

19                                           Erick L. Guzman
                                            Attorney for Quinn Wilridge
20

21

22

23                                           _____/s/ Jill M. Thayer_____

24                                            Jill M. Thayer
                                            Deputy Attorney General
25                                            *Attorney for Respondent*
                                            JOHN MARSHALL, WARDEN
26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED ORDER]

The evidentiary hearing currently scheduled for October 9, 2014 is rescheduled for November 3, 2014.

IT IS FURTHER ORDERED that Petitioner's reply brief that was due August 25, 2014 is now due September 8, 2014.

**IT IS SO ORDERED.**

Dated: 9/3/14

_____

HON. SUSAN ILLSTON
District Judge

Case No. CV-99-2236-SI

**[CERTIFICATE OF SERVICE]**

I, Erick L. Guzman, am a citizen of the United States and am at least eighteen years of age.  I certify that the foregoing pleading has been electronically served this day upon JILL THAYER, counsel for the Respondent.

August 28, 2014                        Respectfully submitted,

By

_____
Erick L. Guzman, Esq.
Attorney for Mr. Wilridge