ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Petitioner
Quinn Wilridge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **QUINN WILRIDGE**, <br><br>     Plaintiff, <br><br> v. <br><br> **JOHN MARSHALL**, <br><br>     Defendant. | CASE NO. CV-09-2236-SI <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEF** <br><br> Current Due Date for Evidentiary Hearing: November 3, 2014 <br><br> Proposed Date for Evidentiary Hearing: February 4, 2015 at 10:00 A.M. |

This Court previously set an evidentiary hearing for November 3, 2014. Due to Counsel for Petitioner's need to prepare for this hearing, and scheduling conflicts, the parties have entered into a stipulation re-scheduling the evidentiary hearing to February 4, 2015 at 10:00 A.M.

Case No. CV-09-2236-SI

DATED: October 28, 2014          Respectfully submitted,


                                 By

                                 _____
                                 Erick L. Guzman
                                 Attorney for Quinn Wilridge



                                         /s/ *Jill M. Thayer*_____
                                 Jill M. Thayer
                                 Deputy Attorney General
                                 *Attorney for Respondent*
                                 JOHN MARSHALL, WARDEN

1
2                              **[PROPOSED ORDER]**
3
4       IT IS ORDERED that evidentiary hearing currently will now be held on February 4,
5   2015 at 10:00 A.M.
6   **IT IS SO ORDERED.**
7   Dated:   10/28/14
                                                    _____
8                                                   HON. SUSAN ILLSTON
                                                    District Judge

**[CERTIFICATE OF SERVICE]**

I, Erick L. Guzman, am a citizen of the United States and am at least eighteen years of age.  I certify that the foregoing pleading has been electronically served this day upon JILL THAYER, counsel for the Respondent.

October 28, 2014                             Respectfully submitted,


                                             By

                                             _____
                                             Erick L. Guzman, Esq.
                                             Attorney for Mr. Wilridge