FILED

FEB X5 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUINN WILRIDGE,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN MARSHALL,<br><br>  Defendants. | No. CV 09-2236-SI<br><br>[PROPOSED] ORDER ISSUING SUBPOENAS; AUTHORIZING FUNDS FOR SERVICE OF SUBPOENA |

For good cause shown, IT IS ORDERED that the attached subpoena for Quinn Wilridge will issue;

IT IS FURTHER ORDERED that Quinn Wilridge be delivered to this Court for the February 24, 2015 hearing;

IT IS FURTHER ORDERED that all costs for service of the attached subpoena and transportation of Quinn Wilridge are hereby authorized.

**IT IS SO ORDERED.**

Dated: 2/5/15

HON. SUSAN ILLSTON
District Judge

3

Case No. CV-09-2236-SI