TO: JEFFREY BEARD, Ph.D., SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; ELVIN VALENZUELA, WARDEN, CALIFORNIA MEN'S COLONY, SAN LUIS OBISPO, CALIFORNIA; AND THE UNITED STATES MARSHALL:

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

### GREETINGS

WE COMMAND that you have and there produce the body of QUINN WILRIDGE, California Department of Corrections No. T43878, who is now in the custody of the California Department of Corrections, California Men's Colony, San Luis Obispo, Highway 1, San Luis Obispo, California 93409, before the United States District Court, Northern District of California, Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, on **February 24, 2014 at 10:00 a.m.**, to testify on that date and thereafter, and at the termination of said testimony and appearance to return him forthwith to the custody of the California Department of Corrections, California Men's Colony, San Luis Obispo, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required.

FURTHER, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: 2/5/15

HON. SUSAN ILLSTON
District Judge

*FILED FEB X 5 2015 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*