# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINN WILRIDGE,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>    Defendants. | Case No. 17-cv-07347-HSG<br><br>**REFERRAL FOR RELATED CASE DETERMINATION** |

Pursuant to Civil Local Rule 3-12(c), this case (Case No. 17-cv-7347 HSG) is hereby REFERRED *sua sponte* to the Honorable Susan Illston for consideration of whether the case is related to *Wilridge v. Marshall*, Case No. 09-cv-2236 SI. Plaintiff may file any response in opposition to or in support of relating the cases within **twenty-one (21)** days of the date of this order.

The Clerk shall file a copy of this order in Case No. 09-cv-2236 SI.

**IT IS SO ORDERED.**

Dated: 4/17/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge